UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER LEE BLUM, | 1:12-CV-01056 AWI GSA HC |
| Petitioner, | ORDER DENYING MOTION TO AMEND [Doc. #19] |
| v. | |
| PAUL COPENHAVER, Warden, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On July 16, 2012, the undersigned issued a Findings and Recommendation that recommended the petition be DISMISSED for failure to allege cognizable grounds for relief.  On September 17, 2012, the District Court issued an Order adopting the Findings and Recommendation in full thereby dismissing the petition.  Judgment was entered the same date.

In the order dismissing the petition, the District Court also addressed two motions to amend filed by Petitioner.  The motions to amend were also denied.  On September 7, 2012, Petitioner filed a third motion to amend.  Petitioner is advised that as the case has been terminated, his motion to amend is moot.  In addition, the arguments presented in the motion already have been presented to

1  the Court in previous motions and objections, and they were addressed in the Court's order.

2       Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to amend is DISMISSED
3  as moot.

5      IT IS SO ORDERED.

6      **Dated:   September 24, 2012**                   /s/ **Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE