UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER LEE BLUM, | 1:12-CV-01056 AWI GSA HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR RETURN OF DOCUMENTS [Doc. #23] |
| v. | ORDER DIRECTING CLERK OF COURT TO RETURN LODGED EXHIBITS |
| PAUL COPENHAVER, Warden, | [Doc. #11] |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 17, 2012, the District Court dismissed the petition and terminated the case. On October 1, 2012, Petitioner filed the instant motion requesting the return of certain exhibits he lodged on July 13, 2012. Petitioner's motion will be GRANTED.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion seeking return of exhibits lodged on July 13, 2012, is GRANTED;

2. The Clerk of Court is DIRECTED to return the lodged exhibits to Petitioner.

IT IS SO ORDERED.

Dated:  October 9, 2012            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE